## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

MORGAN T FULLER,

    Petitioner,

v.                                                                            No. 22-cv-281-JCH-JHR

UNITED STATES GOVERNMENT,

    Respondent.

### ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte* in connection with Petitioner's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 (Doc. 1). Petitioner commenced this action while incarcerated at the Metropolitan Detention Center (MDC) in Albuquerque, New Mexico. The MDC inmate locator website reflects Petitioner is no longer in custody, and he has not provided a current address as required by D.N.M. LR-Civ. 83.6. *See* https://gtlinterface.bernco.gov/custodylist/Results.

**IT IS THEREFORE ORDERED** that within thirty (30) days of entry of this Order, Petitioner shall notify the Clerk in writing of his new address or show cause why this action should not be dismissed. The failure to timely comply will result in dismissal without further notice.

_____
UNITED STATES MAGISTRATE JUDGE